FILED
SEP - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jamie Moorby<br>2919 10th St., NE<br>Washington, DC 20017,<br><br>      PLAINTIFF,<br><br>    vs.<br><br>Quantum, Inc.<br>754 Washington St.<br>Eugene, OR 97401<br><br>and<br><br>Vitamin Shoppe Industries Inc.<br>2101 91st St.<br>North Bergen, NJ 07047<br><br>      DEFENDANTS. | Case: 1:07-cv-01596<br>Assigned To : Friedman, Paul L.<br>Assign. Date : 9/7/2007<br>Description: General Civil<br><br>**CERTIFICATE REQUIRED BY RULE 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA** |

### CERTIFICATE REQUIRED BY RULE 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned counsel for Quantum, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of Quantum, Inc. which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

00022639

Dated: September 7, 2007

Respectfully submitted,

OLSSON FRANK WEEDA TERMAN
BODE MATZ PC

By: /s/ David L. Durkin

David L. Durkin (419348)
  ddurkin@ofwlaw.com
Kathryn E. Balmford (482279)
  kbalmford@ofwlaw.com
1400 16th St., N.W., Suite 400
Washington, D.C.  20036
(202) 789-1212
Facsimile (202) 234-3550

Counsel for Defendant Quantum, Inc.