

**FILED**
SEP - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jamie Moorby<br>2919 10th St., NE<br>Washington, DC 20017,<br><br>PLAINTIFF,<br><br>vs.<br><br>Quantum, Inc.<br>754 Washington St.<br>Eugene, OR 97401<br><br>and<br><br>Vitamin Shoppe Industries Inc.<br>2101 91st St.<br>North Bergen, NJ 07047<br><br>DEFENDANTS. | Case: 1:07-cv-01596<br>Assigned To : Friedman, Paul L.<br>Assign. Date : 9/7/2007<br>Description: General Civil<br><br>**CERTIFICATE REQUIRED BY RULE 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA** |

### CERTIFICATE REQUIRED BY RULE 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned counsel for Vitamin Shoppe Industries, Inc. ("Vitamin Shoppe"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Vitamin Shoppe which have any outstanding securities in the hands of the public:

- Vitamin Shoppe is an indirect wholly-owned subsidiary of The Bear Stearns Companies Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: September 7, 2007

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: /s/ Robert P. Reznick

Robert P. Reznick (295691)
  reznick@hugheshubbard.com
1775 I Street, N.W.
Washington, D.C.  20006
(202) 721-4740
Facsimile (202) 721-4646

Counsel of Record for Defendant
Vitamin Shoppe Industries, Inc.