UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jamie Moorby,<br><br>        PLAINTIFF,<br><br>vs.<br><br>Quantum, Inc., *et al.*,<br><br>        DEFENDANTS. | Civil Action No. 07-1596 (PLF)<br><br>**CONSENT MOTION TO EXTEND TIME** |

## CONSENT MOTION TO EXTEND TIME

Defendants, Quantum, Inc. ("Quantum") and Vitamin Shoppe Industries, Inc. ("Vitamin Shoppe"), hereby move this Court to extend until Thursday, September 27, 2007, the time within which Defendants may file their Answers or otherwise respond to the Complaint. Currently, Defendant Vitamin Shoppe's Answer is due Friday, September 14, 2007, and Defendant Quantum's Answer is due Monday, September 17, 2007.

Counsel for the plaintiff, Jeffrey Light, Esq., consents to this extension of time. No previous extensions of time have been obtained from the Plaintiff or granted by this Court.

For the forgoing reasons, the Defendants respectfully request that this Court grant Defendants an extension of time within which to file their Answers.

Dated: September 14, 2007

Respectfully submitted,

**OLSSON FRANK WEEDA TERMAN BODE MATZ PC**

By: /s/ David L. Durkin

David L. Durkin (419348)
  ddurkin@ofwlaw.com
Kathryn E. Balmford (482279)
  kbalmford@ofwlaw.com
1400 16th St., N.W., Suite 400
Washington, D.C. 20036
Phone (202) 789-1212
Facsimile (202) 234-3550

Counsel for Defendant Quantum, Inc.

**HUGHES HUBBARD & REED LLP**

By: [signature: Robert P. Reznick]

Robert P. Reznick (295691)
  reznick@hugheshubbard.com
James A. Graffam (499262)
  graffam@hugheshubbard.com
1775 I Street, N.W.
Washington, D.C. 20006
Phone (202) 721-4740
Facsimile (202) 721-4646

Counsel for Defendant
Vitamin Shoppe Industries, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jamie Moorby, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | Civil Action No. 07-1596 (PLF) |
| vs. | ) | |
| | ) | |
| Quantum, Inc., *et al.*, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

### [PROPOSED] ORDER TO EXTEND TIME

Defendants having moved this Court to extend until Thursday, September 27, 2007, the time within which to file their Answers or otherwise respond to the Complaint, and it appearing to the Court that the motion is made for good cause, it is hereby

**ORDERED**, that Defendants' time to answer in the above-captioned matter be extended to September 27, 2007.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

**SERVICE LIST**

David L. Durkin
Kathryn E. Balmford
Olsson Frank Weeda Terman Bode Matz PC
1400 16th St. NW
Suite 400
Washington, DC 20036
(202) 789-1212
ddurkin@ofwlaw.com
kbalmford@ofwlaw.com

Robert P. Reznick
James A. Graffam
1775 I Street, N.W.
Washington, D.C.  20006
(202) 721-4740
reznick@hugheshubbard.com
graffam@hugheshubbard.com

Jeffrey L. Light
Patients not Patents, Inc.
1712 Eye Street, N.W.
Suite 915
Washington, D.C. 20006
(202) 277-6213
jeff@patientsnotpatents.org