**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Jamie Moorby, )<br>                          )<br>     PLAINTIFF, )<br>                          )<br>     vs. )<br>                          )<br>Quantum, Inc., *et al.*, )<br>                          )<br>     DEFENDANTS. )<br>                          ) | Civil Action No. 07-1596 (PLF)<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

     PLEASE TAKE NOTICE that the undersigned appears on behalf of Defendant Quantum, Inc. in the above-captioned matter.

Dated: September 14, 2007              Respectfully submitted,

                                             **OLSSON FRANK WEEDA TERMAN**
                                                **BODE MATZ PC**

                                                By:    /s/ Kathryn E. Balmford
                                                Kathryn E. Balmford (482279)
                                                1400 16th St., N.W., Suite 400
                                                Washington, D.C.  20036
                                                Phone (202) 789-1212
                                                Facsimile (202) 234-3550
                                                Email kbalmford@ofwlaw.com

                                                Counsel for Defendant Quantum, Inc.