UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jamie Moorby ) | |
| ) | |
| PLAINTIFF ) | No. 07-cv-1596 (PLF) |
| ) | |
| vs. ) | |
| ) | |
| Quantum, Inc., et al. ) | |
| ) | |
| DEFENDANTS ) | |
| ) | |
| ) | |

CONSENT MOTION TO DISMISS DEFENDANT QUANTUM, INC. WITH PREJUDICE

      Plaintiff respectfully moves this Court to dismiss Defendant Quantum, Inc. with prejudice pursuant to Fed. R. Civ. P. 21, 41(a), and its own inherent powers.  Defendant Quantum, Inc. has consented to the filing of this motion.

      A proposed order is attached.

      Respectfully Submitted,

/s/ Jeffrey Light

      Jeffrey L. Light
      D.C. Bar #485360
      Patients not Patents, Inc.
      1712 Eye St., NW
      Suite 915
      Washington, DC 20006
      (202)277-6213

      Attorney for Plaintiff

-2-

## CERTIFICATE OF SERVICE

The foregoing was sent via electronic means this 11th day of October, 2007 to:

| | |
|---|---|
| Robert P. Reznick<br>James A. Graffam<br>HUGHES HUBBARD & REED LLP<br>1775 I Street, NW<br>Washington, DC 20006<br>Counsel for Defendant Vitamin Shoppe<br>Industries, Inc. | David L. Durkin<br>Kathryn E. Balmford<br>OLSSON FRANK WEEDA TERMAN BODE MATZ PC<br>1400 16th Street, NW, Suite 400<br>Washington, DC<br>Counsel for Defendant Quantun, Inc. |

       /s/ Jeffrey Light

-2-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jamie Moorby           PLAINTIFF    vs. Quantum, Inc., et al.          DEFENDANTS | ) ) ) No. 07-cv-1596 (PLF) ) ) ) ) ) ) ) ) ) |

**PROPOSED ORDER**

Upon consideration of the "Consent Motion to Dismiss Defendant Quantum, Inc. With Prejudice," it is this ____ day of _____, 20__ hereby

ORDERED that the motion is granted, and Defendant Quantum, Inc. is dismissed from this action with prejudice; and it is

FURTHER ORDERED that each party shall bear its own costs.

SO ORDERED.

_____

Judge Friedman
United States District Judge

Please serve:
Robert P. Reznick
James A. Graffam
HUGHES HUBBARD & REED LLP
1775 I Street, N.W.
Washington, D.C. 20006

David L. Durkin

Kathryn E. Balmford
OLSSON FRANK WEEDA TERMAN BODE MATZ PC
1400 16th St., N.W., Suite 400
Washington, DC 20036

Jeffrey Light
PATIENTS NOT PATENTS, INC.
1712 I Street, N.W.
Washington, D.C. 20006