UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jamie Moorby )<br>    )<br>  PLAINTIFF  )<br>    )<br>vs.    )<br>    )<br>Quantum, Inc., et al. )<br>    )<br>  DEFENDANTS )<br>    )<br>_____) | No. 07-cv-1596 (PLF) |

PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

  Plaintiff hereby serves to Defendant Vitamin Shoppe Industries, Inc. an initial disclosure as required by Federal Rules of Civil Procedure, Rule 26(a)(1).

A. The name, address and telephone number of each individual likely to have discoverable information that Plaintiff may use to support her claims, unless solely for impeachment, are:

*Plaintiffs*

  1. Ms. Jamie Moorby
    2919 10th St., NE
    Washington, DC 20017
    (202) 669-1737
    Ms. Moorby has information concerning her residence in the District of Columbia and the purchase of her bottle of MigreLief.

  2. Consumers identified through discovery who purchased MigreLief in the District of Columbia, and who are part of this representative action.

*Individuals Associated With Defendant Vitamin Shoppe Industries, Inc.*

  3. Ronald M. Neifield
    Vice President and General Counsel
    Vitamin Shoppe Industries, Inc.
    2101 91st St.
    North Bergen, NJ 07047

    Mr. Neifield likely possesses information concerning Defendant's efforts to comply with relevant laws, which would bear directly on Plaintiff's claim for punitive damages. He also likely possesses information pertaining to whether MigreLief is a dietary supplement, a drug, a new drug, or a misbranded drug.

4. Michael G. Archbold
   Chief Financial Officer
   Vitamin Shoppe Industries, Inc.
   2101 91st St.
   North Bergen, NJ 07047
   Mr. Archbold likely possesses data concerning Defendant's sales of MigreLief, which would assist Plaintiff in calculating damages.

5. Manager of Vitamin Shoppe #74
   1150 Connecticut Ave., N.W.
   Washington, DC 20036
   This individual is likely to possesses information concerning Defendant's sales of MigreLief in the District of Columbia which would assist Plaintiff in calculating damages, and locating consumers who purchased MigreLief in the District of Columbia and are part of this representative action.

6. Employees of Defendant, its parents or subsidiaries having knowledge that MigreLief is a drug, a new drug, or a misbranded drug.

7. Witnesses identified through discovery, and persons, if any, who provided notice to Defendant, prior to commencement of this suit, that MigreLief is a drug, a new drug, or a misbranded drug, or in any way does not comply with applicable laws.

*Individuals Associated With Quantum, Inc., the Manufactuer of MigreLief*

8. Alexander Mauskop, M.D.
   The New York Headache Center
   30 East 76th Street
   New York, NY 10021
   877-669-4323
   On information and belief Dr. Mauskop has a financial interest in Quatum, Inc. or in the sale of MigreLief and likely possesses information relevant to determining whether MigreLief is a dietary supplement, a drug, a new drug or a misbranded drug.

9. David Shaw
   Chief Marketing Officer
   Quantum, Inc.
   754 Washington St.
   Eugene, OR 97401

        Mr. Shaw likely possesses information on how MigreLief has been marketed and therefore whether it is a dietary supplement, a drug, a new drug, or a misbranded drug.

10. Eve McClure
    President
    Quantum, Inc.
    754 Washington St.
    Eugene, OR 97401
    Ms. McClure likely possesses or could identify the individuals possessing information that would bear on whether MigreLief is a dietary supplement, a drug, a new drug, or a misbranded drug.

11. Any employee of Quantum, Inc. having information which would suggest that MigreLief was intended to be sold for the treatment, prevention, mitigation or cure of any disease.

B.    A copy of, or a description by category and location, of all documents, electronically stored information, and tangible things that are in the possession, custody, or control of Plaintiff and that she may use to support her claims, unless solely for impeachment:

Documents

1. Plaintiff's receipt of purchase for MigreLief (Attached as Exhibit A)
2. Vitamin Shoppe August 2007 circular which lists the product "Migra-lieve" (Attached as Exhibit B)
3. Label on Plaintiff's bottle of MigreLief (Attached as Exhibit C)

Electronically Stored Information

4. None

Tangible Things

5. Plaintiff's bottle of Migrelief, located at Plaintiff's residence at 2919 10th St., NE in Washington, D.C.

C.    Due to the representative nature of this action it is difficult to estimate with precision the extent of the damages. Plaintiff's calculation of damages includes $1,500 per violation of the D.C. Consumer Protection Procedures Act, multiplied by an unknown number of class members; punitive damages to be determined as the case progresses; attorney fees to be determined as the case progresses; and costs to be determined as the case progresses.

   D.  There are no such insurance agreements.


   These disclosures do not constitute waiver of any work product protection and are without prejudice to any other issue or argument.

                                        Respectfully Submitted,



                                        /s/ Jeffrey L. Light

                                          Jeffrey L. Light (#485360)

                                          PATIENTS NOT PATENTS, INC.
                                          1712 Eye St., NW
                                          Suite 915
                                          Washington, DC 20006
                                          Phone:(202)277-6213
                                          Fax: (202) 223-5318
                                          jeff@patientsnotpatents.org
                                          Counsel for Plaintiff


Dated: October 18, 2007

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jamie Moorby ) | |
| ) | |
|     PLAINTIFF ) | No. 07-cv-1596 (PLF) |
| ) | |
| vs. ) | |
| ) | |
| Quantum, Inc., et al. ) | |
| ) | |
|     DEFENDANTS ) | |
| ) | |
| ) | |

PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

# EXHIBIT A

# Receipt for Purchase of MigreLief



America's Health Superstore

```
VITAMIN SHOPPE #74
1150 CONNECTICUT AVE.N.W.
Washington, DC 20036
Telephone: (202)530-8881
```



0000000

SALE

```
046985003100   MIGRELIEF          20.15TL
   Additional Savings              -7.66
Subtotal                          $12.49
Sales Tax 0.00%                     0.00
Total                             $12.49
American Express                  $12.49
   Card No. XXXXXXXXXXXX1009 <S>
   Expiration Date XX/XX
   Auth. No. 539727


Store: 0074     Reg: 03      Tran: 006478
Date: 08/02/07 Time: 16:32   Assoc: 25375
```

VALUE PRICE MEANS
SUPER LOW PRICES EVERY DAY!
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Whether you buy from our
stores, catalog, or website
you can return any unopened product
within 30 days with proof of purchase
and receive a refund

Thank you for shopping
at The Vitamin Shoppe

www.vitaminshoppe.com

00740300647808020

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jamie Moorby )<br>)<br>PLAINTIFF )<br>)<br>vs. )<br>)<br>Quantum, Inc., et al. )<br>)<br>DEFENDANTS )<br>)<br>_____ ) | No. 07-cv-1596 (PLF) |

PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

# EXHIBIT B

# Vitamin Shoppe August 2007 Circular

# What's HOT at The Vitamin Shoppe

August 2007

## Replenish the CoQ-10 depleted by cholesterol drugs - Save up to 58%



**The Vitamin Shoppe Co Q-10 400 mg**
**59.99**
1624964
766536022892
60 Softgels
Value Price 105.99
 SAVE $46.00



**The Vitamin Shoppe Co Q-10 300 mg**
**49.99**
1563816
766536021345
60 Softgels
Value Price 81.29
 SAVE $31.30



**The Vitamin Shoppe Co Q-10 200 mg**
**29.99**
1074538
766536021345
60 Caps
Value Price 65.99
 SAVE $36.00



**The Vitamin Shoppe Co Q-10**
30 mg  1037472 766536010905  100 Caps
50 mg  1624840 766536023844  100 Softgels
100 mg 1565647 766536023073  50 Caps
**19.99**
 SAVE UP TO $6.00

## Whole Foods are closer to nature, more nutritious


**The Vitamin Shoppe Whole Food Men's One Daily**
**25.95**
1642214
766536018536
60 Tabs


**The Vitamin Shoppe Whole Food Women's One Daily**
**26.95**
1642222
766536025190
60 Tabs


**The Vitamin Shoppe Whole Food Men's 3-Daily**
**31.99**
1662949
766536025190
90 Tabs


**The Vitamin Shoppe Whole Food Vitamin C Complex**
**17.99**
1642230
766536025282
60 Tabs


## FREE BodyCare Conditioner with purchase of BodyCare Shampoo
Hurry while supplies last.


**The Vitamin Shoppe Whole Food Men's One Daily**
**39.99**
1662923
766536024865
90 Tabs


**The Vitamin Shoppe Whole Food Women's One Daily**
**39.99**
1662931
766536025374
90 Tabs

**The Vitamin Shoppe Whole Food Women's 3-Daily**
**31.99**
1662949
766536025206
90 Tabs

**HOT & NEW**

Up to a **$4.19 Value FREE!**

## 50% Off Specials!


**Source Naturals Essential Enzymes**
**15.99**
1084286
766536024865
MSRP 31.98
240 Caps
50% Off


**Quantum Migra-lieve**
**12.49**
1487220
766536025374
MSRP 24.99
60 Tabs
50% Off


**Health Plus Liver Cleanse**
**9.49**
1383893
766536025206
MSRP 18.99
90 Caps
50% Off


**Natures Benefit Sleep Naturally**
**6.99**
1647916
766536025190
MSRP 14.99
30 Veggie Caps
53% Off

## Product of the Month

**CUUR Weight Loss System**
All-natural, proprietary and patented weight-loss supplement consisting of four botanical extracts, designed to help alleviate the difficulties one can experience when trying to lose weight.


SAVE $10.00
**29.99**
Value Price 39.99  90 Caps
1650845  893654001000

Shop Any Way You Want · Over 320 stores · www.vitaminshoppe.com · 1-800-223-1216

All offers and prices are for in-store purchases only and may be different from those in the catalog or online. All offers valid while supplies last. Prices shown reflect discount. Discounts on Vitamin Shoppe Brand products taken from value price. Discounts on other manufacturers' products taken from MSRP. Sale prices end August 31, 2007. Not responsible for typographical errors. These statements have not been evaluated by the Food & Drug Administration. These products are not intended to diagnose, treat, cure, or prevent any disease.

**TWINLAB**   **Nature's Plus** The Energy Supplements    Garden of Life   **SOLARAY**    The Vitamin Shoppe SINCE 1977

Answers for Every Body

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jamie Moorby | ) |
| | ) |
|       PLAINTIFF | )   No. 07-cv-1596 (PLF) |
| | ) |
|   vs. | ) |
| | ) |
| Quantum, Inc., et al. | ) |
| | ) |
|       DEFENDANTS | ) |
| | ) |
| | ) |

PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

# EXHIBIT C

# MigreLief Label

**Recommended usage:** As a dietary supplement, take one tablet twice daily or as directed by your healthcare professional. Benefits should be noticed in 4-8 weeks.

**Warnings:** This product is not recommended during pregnancy and lactation or for children under two years of age.

**Does not contain:** Yeast, milk, corn, wheat, gluten, soy, salt, artificial flavorings or preservatives.

Distributed By: QUANTUM, INC.
1-800-448-1448
www.quantumhealth.com
SAFETY SEALED FOR YOUR PROTECTION


0  46985 00310  0


QUANTUM™ HEALTH

# MigreLief®
### Feverfew • Magnesium • Riboflavin



DIETARY SUPPLEMENT*          60 TABLETS
                             Patent #6,068,999

WITH PURACOL™

## Supplement Facts
**Serving size:** 1 Tablet

| Amount per Tablet | | % Daily Value |
|---|---|---|
| Riboflavin | 200mg | 11,760% |
| Magnesium (as citrate & oxide) | 180mg | 45% |
| Puracol™ (Feverfew Whole Leaf) | 50mg | **† |

**Puracol™ is a proprietary combination of whole leaf feverfew that is high in naturally occurring phytochemicals and a unique feverfew extract high in parthenolides.

† Daily Values not established

Other Ingredients: vegetable gum, cellulose, vegetable stearine, silicon dioxide.

*This statement has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

15391 01/2010