UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jamie Moorby | ) |
| | ) |
| | ) No. 07-cv-1596 (PLF) |
| PLAINTIFF | ) |
| vs. | ) |
| Quantum, Inc., et al. | ) |
| DEFENDANTS | ) |

STIPULATION OF DISMISSAL WITH PREJUDICE

The parties remaining in the above-captioned case, Plaintiff Jamie Moorby and Defendant Vitamin Shoppe Industries, Inc., by their attorneys and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate to the dismissal of this action. The dismissal shall be WITH PREJUDICE.

Each party to bear its own costs and attorney fees.

SO ORDERED.

_____

Judge Paul L. Friedman

District Judge

–2–

Dated: November 5, 2007

Respectfully submitted,

| | |
|---|---|
|   /s/ Robert P. Reznick   |   /s/ Jeffrey L. Light      |
| Robert P. Reznick<br>D.C. Bar #295691<br>James A. Graffam<br>D.C. Bar # 499262 | Jeffrey L. Light<br>D.C. Bar #485360 |
| HUGHES HUBBARD & REED LLP<br>1775 Eye St., NW<br>Washington, DC 20006<br>(202) 721-4740 | PATIENTS NOT PATENTS, INC.<br>1712 Eye St., NW, Suite 915<br>Washington, DC 20006<br>(202)277-6213 |
| Counsel for Defendant Vitamin Shoppe Industries Inc. | Counsel for Plaintiff Jamie Moorby |